# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

November 30, 2009

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   04-15177          Douglas P. Woodley

To Whom It May Concern:

Enclosed please find check #**805163** in the amount of **$242.58**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        3

Account#        40-11-0000-323047

Creditor        The Bank of NY
                P.O. Box 6042
                Mount Vernon, NY 10558

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli